ERIC GRANT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PEDROZA SANCHEZ,<br><br>                Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                Defendant. | CASE NO.  2:25-CV-2365-JDP<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER IN LIGHT OF LAPSE OF APPROPRIATIONS AND [PROPOSED] ORDER**<br><br>Judge:  Honorable Jeremy D. Peterson |

The United States of America hereby moves for an extension of time to file an answer to Plaintiff's complaint in the above-captioned case.

1.　　At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored by Congress.

2.　　Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.

Motion for Extension of Time to File Answer in Light of Lapse of Appropriations

3.      Undersigned counsel for the Department of Justice therefore requests an extension of

time to file an answer to Plaintiff's complaint until Congress has restored appropriations to the

Department.

4.      If this request is granted, undersigned counsel will notify the Court as soon as Congress

has appropriated funds for the Department or enacted a continuing resolution.  Subsequent to restored

appropriations, counsel may also need to request extensions on other impacted deadlines.

Therefore, the United States hereby moves for an extension of time to file an answer to

Plaintiff's complaint in this case until Department of Justice attorneys are permitted to resume their

usual civil litigation functions.

Respectfully submitted,

Dated:  October 23, 2025

ERIC GRANT
United States Attorney

By:      /s/ *W. Dean Carter*
W. DEAN CARTER
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause being established, the United States' motion for an extension of time to file an

answer to Plaintiff's complaint is granted.  Defendant shall notify the court within three business days of

when Congress restores appropriations.

IT IS SO ORDERED.

Dated:    November 3, 2025

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

Motion for Extension of Time to File Answer in Light of Lapse of Appropriations