UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PEDROZA SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  2:25-cv-2365-JDP<br><br>INITIAL PRETRIAL SCHEDULING ORDER |

After review of the parties' joint status report, ECF No. 12, the court enters the following scheduling order:[1]

**SERVICE OF PROCESS**

Service of process is undisputed.

**JOINDER OF PARTIES AND AMENDMENTS TO PLEADINGS**

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, which will be granted only upon a finding of good cause.

**JURISDICTION AND VENUE**

Jurisdiction and venue are not disputed.

---

[1] The court has determined that a scheduling conference is not needed before issuance of a scheduling order.  *See* Fed. R. Civ. P. 16(b)(1)(B).  Accordingly, the December 18, 2025 scheduling conference is hereby vacated.

1

**DISCOVERY**

All discovery shall be completed by **January 8, 2027**. In this context, "completed" means that all discovery shall have been conducted; all depositions shall have been taken; any disputes relative to discovery shall have been resolved by appropriate order, if necessary; and the relevant parties shall have complied with any orders relating to discovery. Motions to compel discovery shall be noticed on the undersigned's law and motion calendar in accordance with the local rules and shall be heard not later than **December 10, 2026**. The parties are advised that they must comply with the undersigned's procedures for civil matters—which require, *inter alia*, an informal discovery conference with the undersigned—before the court will consider a discovery motion.[2] The parties shall serve Rule 26(a) disclosures by no later than **January 15, 2026**.

**EXPERT DISCLOSURE**

The parties shall designate in writing, and shall serve upon all other parties, the names of any experts whom they propose to tender at trial in accordance with the following schedule: initial expert disclosures shall be served on or before **November 6, 2026**, and any rebuttal disclosures shall be served on or before **December 4, 2026**. The designation shall be accompanied by a written report that complies with Federal Rule of Civil Procedure 26(a)(2).

An expert witness not disclosed in accordance with this schedule will not be permitted to testify unless the party offering the witness demonstrates that: (a) the necessity of the witness could not have been reasonably anticipated at the time disclosure was required; (b) the court and all other parties were promptly notified upon discovery of the witness; and (c) the witness was promptly proffered for deposition. Failure to provide the information required along with the expert designation may lead to exclusion of the expert's testimony or other appropriate sanctions.

All experts are to be fully prepared to render an informed opinion at the time of designation so that they may fully participate in any deposition taken by the opposing party. Testimony regarding late-disclosed opinions that reasonably should have been available at the time of designation will not be permitted.

---

[2] A copy of the undersigned's procedures is available on the court's website.

**MOTION HEARING SCHEDULES**

All dispositive motions shall be completed—that is, fully heard—by **April 1, 2027**. The parties are cautioned that they must comply with the local rules regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar. A non-moving party shall file with the court an opposition or statement of non-opposition to any properly noticed motion no later than fourteen days after the motion's filing. *See* E.D. Cal. L.R. 230(c). Any reply by the moving party shall be filed with the court no later than ten days after the opposition's filing. *See* E.D. Cal. L.R. 230(d). Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed twenty-five pages in length; reply briefs shall not exceed fifteen pages. Absent leave of court, each party is limited to filing one motion for summary judgment or partial summary judgment. This paragraph does not preclude motions for continuances, temporary restraining orders, or other emergency applications.

The parties should keep in mind that the purpose of law and motion is to narrow and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are susceptible to resolution without trial. To accomplish that purpose, the parties need to identify and fully research the issues presented by the case, and then examine those issues in light of the evidence gleaned through discovery. If it appears to a party after examining the legal issues and facts that an issue can be resolved by pretrial motion, the party shall file the appropriate motion by the dispositive motion cutoff set forth above.

All purely legal issues are to be resolved by timely pretrial motion. The parties are reminded that motions in limine are procedural devices designed to address the admissibility of evidence. The parties are cautioned that the court will look with disfavor upon substantive motions presented in the guise of motions in limine at the time of trial.

**FINAL PRETRIAL CONFERENCE**

A final pretrial conference is set before the undersigned on **July 1, 2027**, at 10:00 a.m., in Courtroom No. 9. The parties shall submit a joint pretrial statement in accordance with Local Rule 281 not less than fourteen (14) days prior to the pretrial conference. Counsel shall also submit a copy of the joint pretrial statement in Word format to Judge Peterson's at

jdporders@caed.uscourts.gov.

Counsel are referred to Local Rules 281 and 282 relating to pretrial statements and conferences. A failure to comply with these rules may result in the imposition of sanctions. At the pretrial conference, the court will set deadlines to file trial documents, including motions *in limine*, trial briefs, and proposed jury voir dire, instructions, and verdict forms (where applicable).

**TRIAL**

A bench trial is set to commence before the undersigned on **October 5, 2027**, at 9:00 a.m., in Courtroom No. 9.

**MID-DISCOVERY STATUS REPORT**

By no later than **June 5, 2026**, the parties shall file a mid-discovery joint status report addressing all discovery that still needs to be completed, progress on settlement discussions, and whether a settlement conference should be scheduled at that time.

IT IS SO ORDERED.

Dated:   December 15, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

4