Srinivas Hanumadass, Esq. (SBN 228547)
Shannon Whitaker, Esq. (SBN 342067)
Singleton Schreiber, LLP
591 Camino de la Reina, Suite 1025
San Diego, CA 92108
Tel: (619) 771-3473 Fax: (619) 255-1515
vas@singletonshcreiber.com
swhitaker@singletonschreiber.com

Attorneys for Plaintiff Claudia Pedroza Sanchez

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Claudia Pedroza Sanchez, an individual,<br><br>Plaintiff,<br><br>v.<br><br>United States of America, a government entity,<br><br>Defendant. | Case No.: 2:25−CV−02365−JDP<br><br>**Joint Stipulation and ~~[Proposed]~~ Order to Modify Scheduling Order Regarding Expert Disclosure Deadlines**<br><br>Judge: Hon. Jeremy D. Peterson<br>Dept: 9<br><br>Action Filed: 08/19/2025<br>Trial Date: 10/5/2027 |

Plaintiff Claudia Pedroza Sanchez and Defendant United States of America (collectively, the "Parties"), by and through their respective counsel of regarding, hereby stipulate and respectfully request that the Court modify the Scheduling Order to continue the deadlines for expert witness disclosures and rebuttal expert disclosures.

**STIPULATION**

WHEREAS, the Court entered a Scheduling Order on December 16, 2025, ECF NO. 14, establishing, among other deadlines, a deadline of November 6, 2026, for the disclosure of expert witnesses and December 4, 2026, for the disclosure of

rebuttal experts;

WHEREAS, the Parties have diligently proceeded with discovery, including written discovery and production of records;

WHEREAS, the Parties have met and conferred and agree that a limited extension of the expert disclosure deadlines is appropriate;

WHEREAS, there have been no previous requests to modify these expert disclosure deadlines;

WHEREAS, the requested modification is sought in good faith and not for purposes of delay;

WHEREAS, the requested modification will not affect any other dates currently set by the Court, including the dispositive-motion, pretrial-conference, and trial dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the Scheduling Order be modified as follows:

| **Deadline** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Initial Expert Disclosures | November 6, 2026 | December 4, 2026 |
| Rebuttal Expert Disclosures | December 4, 2026 | January 6, 2027 |

All other dates and deadlines contained in the Scheduling Order shall remain unchanged unless otherwise ordered by the Court.

IT IS SO STIPULATED.

Dated: November 6, 2026 SINGLETON SCHREIBER, LLP

By: s/ Srinivas Hanumadass

SRINIVAS M. HANUMADASS, ESQ.
SHANNON E. WHITAKER, ESQ.
Attorneys for Plaintiff Claudia Pedroza Sanchez

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

Dated: November 6, 2026

ERIC GRANT
United States Attorney

By: ***/s/ W. Dean Carter***

W. DEAN CARTER
Assistant United States Attorney
Attorneys for the United States

// //

// //

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com

# ~~[PROPOSED]~~ ORDER

Having reviewed the Parties' Joint Stipulation to Modify the Scheduling Order Regarding Expert Disclosure Deadlines, and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order is modified as follows:

1. The deadline for the Parties to disclose expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) is continued from November 6, 2026, to **December 4, 2026**.
2. The deadline for the Parties to disclose rebuttal expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) is continued from December 4, 2026, to **January 6, 2027**.
3. All other dates and deadlines previously established by the Court shall remain unchanged.

IT IS SO ORDERED.

Dated: November 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SINGLETON SCHREIBER, LLP
591 Camino de la Reina, Suite 1025 | San Diego, CA 92108
www.singletonschreiber.com